**Randy PHILLIPS, Petitioner–Appellant,**

v.

**Cole JETER, Warden, Federal Medical Center Fort Worth, Respondent–Appellee.**

No. 05–10494.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 7, 2006.

Randy Phillips, Fort Worth, TX, pro se.

Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Respondent–Appellee.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Randy Phillips, federal prisoner # 04954–043, appeals the dismissal of his 28 U.S.C. § 2241 petition, in which he challenged his sentence of 151 months of imprisonment for his 1998 conviction of conspiracy to distribute a controlled substance. Phillips contends his sentence is unconstitutional in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), because it was based on facts that were not set forth in his indictment or proven beyond a reasonable doubt.

Phillips' claims based on alleged errors that occurred at sentencing may not be asserted in a § 2241 petition. *See Padilla v. United States,* 416 F.3d 424, 425–26 (5th Cir.2005). Phillips' claims based on allegations that he is entitled to proceed under § 2241 are unavailing. *Id.* at 426–27.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.